IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | No. 3:22-CR-12-CAR-CHW-2 |
| : | |
| JAMES ARMSTRONG, : | |
| : | |
| Defendant. : | |
| : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is Defendant James Armstrong's Unopposed Motion to Continue [Doc. 38] the pretrial hearing in this case presently scheduled for July 21, 2022, and the trial, which is set to begin on August 8, 2022, in Athens, Georgia. On May 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with False Statement During Purchase of a Firearm. On May 18, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond. The Government does not oppose Defendant's current request for a continuance.

In the Motion, Defense Counsel represents Defendant has not yet received discovery from the Government. Once discovery is received, additional time will be needed to review discovery and meet with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel adequate time for

effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 38] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until October 24, 2022, the next term of Court for the Athens Division. The delay occasioned by this continuance shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. § 3161.

    **SO ORDERED,** this 14th day of July, 2022.

                                       s/ C. Ashley Royal_____
                                       C. ASHLEY ROYAL, SENIOR JUDGE
                                       UNITED STATES DISTRICT COURT