# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:22-CR-12-CAR-CHW-2 |
| JAMES ARMSTRONG, | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER ON MOTION TO CONTINUE TRIAL

Before the Court is Defendant James Armstrong's Unopposed Motion to Continue [Doc. 43] the pretrial hearing scheduled for September 22, 2022, and the trial of this case currently scheduled for October 24, 2022. On May 10, 2022, the Grand Jury returned a multi-defendant, multi-count indictment charging Defendant with False Statement During Purchase of a Firearm. On May 18, 2022, Defendant was arrested, appointed counsel, pled not guilty at his arraignment, and was released on an unsecured bond. The Government does not oppose Defendant's current request for a continuance. The Court declared this case complex on July 12th, 2022, and thus, the Speedy Trial Act is not implicated in this case.

In the Motion, Defense Counsel represents Defendant has not yet received discovery from the Government. Once discovery is received, additional time will be needed to review discovery and meet with Defendant. Having considered the matter, the Court finds it serves the ends of justice to grant Defendant's request. The ends of justice

served by granting a continuance outweigh the interests of Defendant and the public in a speedy trial. Failure to grant a continuance would deny counsel adequate time for effective preparation and could result in a miscarriage of justice. Thus, Defendant's Unopposed Motion to Continue [Doc. 43] is **GRANTED**, and **IT IS HEREBY ORDERED** that this case be continued until December 5, 2022, the next term of Court for the Athens Division.

**SO ORDERED,** this 30th day of August, 2022.

s/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT