# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
### ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> AHKIL NASIR CRUMPTON, *et al.*, <br><br>    *Defendants.* | **CRIMINAL ACTION NO.** <br> **3:22-cr-00012-TES-CHW** |

## ORDER

The Court previously set this case down for a jury trial beginning on October 16, 2023. In preparation for trial, the Court sets the following deadlines:

- All parties must submit any requests to charge, proposed verdict forms, and/or proposed voir dire questions to the Court on or before <u>October 6, 2023</u>.

- Any pretrial motions must be submitted on or before <u>September 18, 2023</u>.

    - Any responses must be submitted on or before <u>September 27, 2023</u>.

    - If, during the pendency of a motion *in limine*, either party consents or agrees to a motion *in limine*, which moots the issue, the parties should alert the Court as soon as possible.

- All parties should be prepared to discuss any filed motions at the pretrial conference, currently set for **October 4, 2023, in Athens, Georgia**.

**SO ORDERED**, this 8th day of August, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
