IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JAMES ARMSTRONG,<br><br>  *Defendant.* | CRIMINAL ACTION NO.<br>3:22-cr-00012-TES-CHW-2 |

ORDER GRANTING CONSENT MOTION
TO TERMINATE PROBATION

  Before the Court is Defendant James Armstrong's Consent Motion to Terminate Probation[1] [Doc. 234]. In that Motion, Armstrong asks the Court to exercise its discretion to terminate his probation early. Based on the Motion, the Government and Probation Office all consent to the termination.

  The governing statute, 18 U.S.C. § 3564(c), permits early termination after one year of supervised release if, in the Court's view, "such action is warranted by the conduct of the defendant and the interest of justice[.]" 18 U.S.C. § 3564(c). Armstrong began his term of probation in March 2024; therefore, he is eligible for such relief. And, according to the Motion, Armstrong is gainfully employed, has complied with all drug testing, and reports monthly as required.

---

[1] Although Armstrong's Motion refers to supervised release, the Court's sentence included two years of probation. [Doc. 218, p. 2]. Therefore, the Court reviews the Motion under 18 U.S.C. § 3564(c).

Accordingly, the Court **GRANTS** Defendant's Motion to Terminate Probation, it is **ORDERED** that Armstrong be discharged from probation and that the proceedings in the case as to Armstrong be terminated.

**SO ORDERED**, this 6th day of May, 2025.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
